## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| PHILLIP EUGENE DEMRY, | Civil No. 12-0860 (JRT/JSM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| GRESSER COMPANIES, C25 CONSTRUCTION, MORTENSON CONSTRUCTION, AND THOR CONSTRUCTION, | |
| Defendants. | |

_____

Phillip Eugene Demry, Our Saviour's Housing, Attn: Derek Holt, Case Worker, 2219 Chicago Avenue South, Minneapolis, MN 55404, pro se plaintiff.

The above matter comes before the Court upon the Supplemental Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 30, 2012 [Docket No. 15]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, [Docket No. 2], is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 2, 2012
at Minneapolis, Minnesota             ___   s/John R. Tunheim      _____
                                            JOHN R. TUNHEIM
                                      United States District Judge